# Court of Appeals
# of the State of Georgia

ATLANTA, January 20, 2017

*The Court of Appeals hereby passes the following order:*

**A17E0031. IN RE ESTATE OF ANNIE C. PETERSON.**

On December 28, 2016, the trial court dismissed Marsha Peterson's motion to set aside the order entered by the court discharging the executor of the estate of Annie C. Peterson, deceased. On January 18, 2017, this Court received and docketed Peterson's emergency motion for an extension of time to file her application for discretionary appeal, which is due to be filed in this Court on January 28, 2017. See Court of Appeals Rule 16 (c) ("Requests for extensions of time to file discretionary applications must be directed to this Court and should be filed pursuant to Rule 40 (b), Emergency Motions.")

This Court having reviewed the motion and the order being appealed, the request for an extension of time to file an application for discretionary appeal is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 01/20/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*